Argued and submitted April 30, 1993, affirmed March 9, petitioner's motion for reconsideration filed March 23 allowed by opinion May 11, 1994

In the Matter of the Compensation of
Dianna L. Dowell, Claimant.

Dianna L. DOWELL,
*Petitioner,*

*v.*

AGRIPAC, INC.,
and Liberty Northwest Insurance Corporation,
*Respondents.*

(WCB 91-03271; CA A75951)

869 P2d 358

Darris K. Rowell argued the cause for petitioner. With him on the brief was Olson, Rowell & Walsh.

Alexander D. Libmann argued the cause and filed the brief for respondents.

Before Deits, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Affirmed. *Meyers v. Darigold, Inc.,* 123 Or App 217, 861 P2d 352 (1993); *Jefferson v. Sam's Cafe,* 123 Or App 464, 861 P2d 359 (1993).